■ KENFORD COMPANY, INC., et al., Appellants, v. COUNTY OF ERIE et al., Respondents.— Order unanimously affirmed, without costs. Memorandum: In this action for specific performance or damages, plaintiff moved at Special Term for a change of venue because, it alleged, there is reason to believe that an impartial trial cannot be had in Erie County (CPLR 510, subd. 2). The fact that plaintiff laid the venue of its action in a proper county under CPLR 504 (subd. 1) does not constitute a waiver of its right to move for a change of venue on the grounds specified in CPLR 510 (subd. 2) or 510 (subd. 3); (*De Grasse Paper Co.* v. *Northern N. Y. Coal Co.*, 206 App. Div. 789, affd. 238 N. Y. 591). It is a fundamental rule, however, that where a plaintiff seeks both equitable and legal relief in respect of the same wrong, there is no right to trial by jury (*Di Menna* v. *Cooper & Evans Co.*, 220 N. Y. 391, 396; see *Matter of Garfield*, 14 N Y 2d 251, 258; 4 Weinstein-Korn-Miller, N. Y. Civ. Prac. par. 4101.36). In the present posture of this case, therefore, plaintiff has no right to a jury trial, and no showing has been made sufficient to support a determination that there is reason to believe that an impartial trial cannot be had in Erie County by a Judge without a jury. (Appeal from order of Erie Special Term denying motion for change of venue.) Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Cardamone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK BUCKLEY, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Correctional Facility, Respondent.— Appeal unanimously dismissed as moot. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHINES KENNEDY, Appellant, v. NEW YORK STATE PAROLE BOARD et al., Respondents.— Appeal unanimously dismissed as moot. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648.) (Appeal from judgment of Genesee County Court dismissing writ of habeas corpus.) Present — Del Vecchio, J. P., Marsh, Witmer, Gabrielli and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID HAROLD LAWRENCE, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Correctional Facility, Respondent.— Appeal unanimously dismissed as moot. (See *People ex rel Wilder* v. *Markley*, 26 N Y 2d 648.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Cardamone and Henry, JJ.

■ SAMUEL P. MALONE, Respondent, v. DIMCO CORPORATION et al., Appellants. (Appeal No. 1.) — Order unanimously affirmed, with costs, upon the opinion at Special Term. (Appeal from order of Monroe Trial Term granting motion to examine books and records.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Henry, JJ. [68 Misc 2d 610.]

■ SAMUEL P. MALONE, Respondent, v. GRECIAN GARDEN APARTMENTS, INC., et al., Appellants. (Appeal No. 2.) — Order unanimously affirmed, with costs, upon the opinion at Special Term. (Appeal from order of Monroe Trial Term, granting motion to examine books and records.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Henry, JJ. [68 Misc 2d 610.]